**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 7, 2012**

**CASE NUMBER:  CV 12-00563 EDL**
**CASE TITLE:  EDGAR DANA-v-CROSS CHECK, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/7/12

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                     Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                  Special Projects
Log Book Noted                                          Entered in Computer 3/7/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA